In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00371-CR**
_____

**IN RE JOHN F. HAWKINS**

**Original Proceeding**
**163rd District Court of Orange County, Texas**
**Trial Cause No. B-030731-BR**

**MEMORANDUM OPINION**

John F. Hawkins seeks mandamus relief from the trial court in connection with a post-conviction habeas corpus proceeding. *See* Tex. R. App. P. 52. The Court of Criminal Appeals exclusively possesses the authority to grant relief in a post-conviction habeas corpus proceeding where there is a final felony conviction. *Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117 (Tex. Crim. App. 2013) (orig. proceeding). In recognition of the exclusive jurisdiction of the Court of Criminal Appeals and the mandamus authority exercised by that court in the protection of its habeas jurisdiction, we will not act on a mandamus petition filed to

1

compel the trial court to act in a proceeding under Article 11.07 of the Texas Code of Criminal Procedure. *In re McAfee*, 53 S.W.3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding); *see also* Tex. Code Crim. Proc. Ann. art. 11.07 (West 2015). "Should an applicant find it necessary to complain about an action or inaction of the convicting court, the applicant may seek mandamus relief from the Court of Criminal Appeals." *McAfee*, 53 S.W.3d at 718. Accordingly, we dismiss the petition for a writ of mandamus.

PETITION DISMISSED.

PER CURIAM

Submitted on October 9, 2018
Opinion Delivered October 10, 2018
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.